FILED IN CHAMBERS
U.S.D.C. Atlanta

AUG 21 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO.: 1:15-CR-277-SCJ-JFK |
| ) | |
| CESAR ARBELAEZ TABARES, ) | |
| JUAN CARLOS BAZANTES, ) | |
| ) | |
| Defendants ) | |
| ) | |

## ORDER

This case is before the Court on the Unopposed Joint Motion of the defendants, Cesar Arbelaez Tabares, and Juan Carlos Bazantes to Extend the Pretrial Motions Deadline for a period of seventy-five (75) days. Good cause has been shown, and the request is unopposed by counsel for the Government. Accordingly, the defendants Cesar Arbelaez Tabares and Juan Carlos Bazantes's Joint Motion is hereby GRANTED and the pretrial motions deadline is EXTENDED from August 31, 2015, until November 16, 2015. Additionally, the Pretrial Conference that is currently set for September 1, 2015 at 9:30 a.m. is moved to November _18_, 2015 at _9:30 a.m._.

The Court finds that due to the extensive discovery in this case, it is necessary to extend the time for the defendants to file pretrial motions, and

accordingly, postpone the holding of the Pretrial Conference. The Court finds that the interests of justice in continuing the pretrial motions deadline and the Pretrial Conference substantially outweigh the interests of the public and the defendants in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in extending the motions deadline and the holding of the Pretrial Conference. 18 U.S.C. § 3161, *et. seq.*

IT IS SO ORDERED THIS 21ST DAY OF AUGUST, 2015.

_____
THE HONORABLE JANET F. KING
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:
James M. Deichert
Georgia Bar #216298

Fellows LaBriola LLP
225 Peachtree Street, NE
2300 South Tower
Atlanta, Georgia 30303
404-586-9200; Fax 404-586-9201
jdeichert@fellab.com